(November 13, 1967)

■　In the Matter of CARLO G. COLAVITO, an Attorney, Respondent. BROOK-
LYN BAR ASSOCIATION AND SUFFOLK COUNTY BAR ASSOCIATION, Petitioners —

1132

Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.